IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IESHA LATIMORE | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-298-Y |
| | § | |
| HOME DEPOT USA, INC. | § | |
| | § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with this Court's order granting the parties' agreed motion to dismiss, dated this same day, this case is **DISMISSED with prejudice**. Each party shall bear its own respective costs and attorney's fees.

The clerk is instructed to transmit a true copy of this judgment to the parties.

SIGNED June 4, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE